**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DEBBIE A. COLVERT**                                                                              **PLAINTIFF**

V.                          Case No. 4:14-cv-00559-KGB-JTR

**CAROLYN COLVIN,**                                                                              **DEFENDANT**
**Acting Commissioner,**
**Social Security Administration**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that the decision of the Commissioner is reversed and that this case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED this the 5th day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE